



# MEMORANDUM OPINION

No. 04-10-00178-CV

**IN THE INTEREST OF T.R.J.** et al., Children

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2009-PA-00426
Honorable Charles E. Montemayor, Judge Presiding

Opinion by:      Phylis J. Speedlin, Justice

Sitting:          Karen Angelini, Justice
                 Sandee Bryan Marion, Justice
                 Phylis J. Speedlin, Justice

Delivered and Filed: June 30, 2010

AFFIRMED

Tashandala J. seeks to appeal the trial court's termination of her parental rights to her minor children, T.R.J., and S.L.J.,[1] and challenges the trial court's finding that her appeal is frivolous. *See* TEX. FAM. CODE ANN. § 263.405(d)(3), (g) (Vernon 2008). Tashandala's court-appointed appellate attorney has filed a brief representing that he has conducted a professional evaluation of the record and determined the appellate points are without merit. Counsel concludes the appeal is frivolous. The brief meets the requirement of *Anders v. California*, 386 U.S. 738 (1967). *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio May 21, 2003, order)

---

[1] To protect the privacy of the parties in this case, we identify the children by their initials and the children's mother by her first name only. *See* TEX. FAM. CODE ANN. § 109.002(d) (Vernon 2008).

(applying *Anders* procedure to appeals from orders terminating parental rights), *disp. on merits,* 2003 WL 22080522 (Tex. App.—San Antonio Sept. 10, 2003, no pet.).  In compliance with the procedure in *Anders*, counsel delivered a copy of counsel's brief to Tashandala, who was advised of her right to examine the record and to file her own *pro se* brief if she disagreed with counsel's determination regarding the merits of the appeal.  *See Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio 1997, no pet.).  No *pro se* brief was filed.  Tashandala's attorney has also filed a motion to withdraw.

We have reviewed the record on appeal and counsel's brief, and we agree that the appellate points do not present a substantial question for appellate review, and are therefore frivolous.  *See* TEX. CIV. PRAC. & REM. CODE ANN. § 13.003(b) (Vernon 2002); *see also* TEX. FAM. CODE ANN. § 263.405(d)(3) (incorporating section 13.003(b) by reference).  Accordingly, we affirm the trial court's judgment, and grant appellate counsel's motion to withdraw.  *Nichols*, 954 S.W.2d at 85-86.

Phylis J. Speedlin, Justice